# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| MOLLIE HAWKINS | CIVIL ACTION NO. 5:22-4195 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ALLSTATE VEHICLE & PROPERTY INSURANCE CO | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 23], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 23] be **ADOPTED**. Accordingly, the Motion to Dismiss [doc. 16] is **GRANTED**, and all claims in this matter are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 21st day of November, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT